MICHAEL BETTS, PLAINTIFF, v. "THE MACCABEES," DE-
TROIT, MICHIGAN, A CORPORATION, DEFENDANT.

Submitted January term, 1932—Decided April 9, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the rule, *Charles C. Stalter.*

*Contra, Joseph T. Lieblich.*

PER CURIAM.

The defendant is a foreign corporation and service of the
summons and complaint upon it was made by service of the
same upon the secretary of state.

For want of an affidavit of merits judgment by default
was taken. This judgment we are asked to open and permit
a trial of the issues raised by the complaint and the answer
filed by the defendant, which answer was filed within time.

Our examination of the proofs brings us to the conclusion
that the failure to file the affidavit of merits was due to an
oversight and mistake and that the defendant had a meri-
torious defense.

The judgment should, therefore, be opened to permit a trial
of the issues raised by the pleadings.

Such an order may be taken.